IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-00730-MSK-KLM

AMERICAN NATIONAL GENERAL INSURANCE COMPANY, a Missouri corporation,

    Plaintiff,

v.

ASHLEY L. BROOKS,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #27**) filed on December 1, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #26**) granting the Motion for Default Judgment (**Doc. #20**); it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #26**) is **ADOPTED** in accordance with (**Doc. #27**). Declaratory Judgment is entered in favor of plaintiff and against defendant as follows:

(1) The 2006 Mazda 3 involved in the January 13, 2013 accident at issue in the November 18, 2014 lawsuit filed in El Paso County District Court in the State of Colorado by Walter Banzhaf and Maurine Rose Banzhaf, as surviving parents of Katherine Rose Banzhaf, against Ashley L. Brooks, was not insured under American National General Insurance Company's automobile policy number 05-S-078-51L-2.

(2) There is no liability coverage under the aforementioned policy for bodily injury or property damage claimed in the aforementioned lawsuit.

(3) American National General Insurance Company does not have a duty to defend Ashley L. Brooks in the aforementioned lawsuit.

The case will be closed.

Dated this 1st day December, 2015.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Patricia Glover
                                 Deputy Clerk